IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| TRAILER BRIDGE, INC.<br>Plaintiff<br>vs<br>TERRALINA ENVIRONMENTAL SERVICES, CORP.; CARLOS ORTIZ-PEDROSO<br>Defendants | CIVIL 12-1834CCC |

**JUDGMENT**

Based upon the parties' Joint Motion for Default Judgment and Voluntary Dismissal of the Complaint Against Codefendant Carlos Ortiz-Pedroso (**docket number 6**), judgment is entered against Terralina Environmental Services, Corp. in the amount of **$659,132.55** for unpaid ocean freight, and **$269,686.91** for the costs of collection and attorneys' fees, plus interest accrued thereafter.

Pursuant to plaintiff's notice of voluntary dismissal and Fed. R. Civ. P. 41(a)(1)(A)(I), plaintiff's claims against Carlos Ortiz-Pedroso are DISMISSED WITHOUT PREJUDICE.

This judgment shall be firm, final, and unappealable from the date of its entry.

All parties shall strictly comply with all the covenants of the agreement. The parties further agreed that the plaintiff may re-file a new complaint against codefendant Carlos Ortiz-Pedroso, in the event that the defendants fail to fully comply with the terms and conditions of the settlement agreement.

This case is now closed for all administrative and statistical purposes.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on October 24, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge